# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered) |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL and ST. CHRISTOPHER'S HEALTHCARE, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>BIO-RAD LABORATORIES, INC.,<br><br>    Defendant. | Adv. Proc. No. 21-51026 (MFW) |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE, that Plaintiffs Center City Healthcare LLC d/b/a Hahnemann University Hospital and St. Christopher's Healthcare, LLC, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, made applicable to this action by Rule 7041 of the Federal Rules of Bankruptcy Procedure, hereby dismiss with prejudice and without costs all claims asserted in the above-captioned adversary proceeding against Defendant Bio-Rad Laboratories, Inc.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

| | |
|---|---|
| Dated: January 3, 2022 | **SAUL EWING ARNSTEIN & LEHR LLP** |

                By:    */s/ Monique B. DiSabatino*
                        Mark Minuti (DE Bar No. 2659)
                        John D. Demmy (DE Bar No. 2802)
                        Monique B. DiSabatino (DE Bar No. 6027)
                        1201 N. Market Street, Suite 2300
                        P.O. Box 1266
                        Wilmington, DE  19899
                        Telephone: (302) 421-6800
                        Fax: (302) 421-6813
                        mark.minuti@saul.com
                        john.demmy@saul.com
                        monique.disabatino@saul.com

                                   -and-

                        Jeffrey C. Hampton
                        Adam H. Isenberg
                        A. Mayer Kohn
                        Centre Square West
                        1500 Market Street, 38th Floor
                        Philadelphia, PA 19102
                        Telephone: (215) 972-7777
                        Fax: (215) 972-7725
                        jeffrey.hampton@saul.com
                        adam.isenberg@saul.com
                        mayer.kohn@saul.com

                        *Counsel for the Plaintiffs*